# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00127-CV

### SC TXLink LLC, a Texas Limited Liability Company, and Thomas Edward Biddix, Individually, Appellants

**v.**

### The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. D-1-GV-12-000964, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants SC TXLink LLC, a Texas Limited Liability Company, and Thomas Edward Biddix, Individually, and appellee the State of Texas have filed an agreed motion to reverse and vacate a portion of the trial court's judgment and to dismiss the appeal. We grant the motion, vacate the trial court's judgment only as far as it renders default judgment against Thomas Edward Biddix, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The default judgment against SC TXLink, LLC shall remain in full force and effect.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Agreed Motion

Filed:  July 3, 2013